# UNITED STATES DISTRICT COURT
Eastern District of California

VALERIE STACKER ET AL.,

                Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ET AL.,

                Defendant.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 16-CV-02913 GHW

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

[X] GRANTED

    [X] The clerk is directed to file the complaint.

    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

ENTER this  6th  day of  January , 2017 .

_____
Signature of Judge

GEORGE H. WU, U.S. District Judge
Name and Title of Judge