Jeff Dominic Price  |  SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@icloud.com
Tel. 310.451.2222

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE J. STACKER, | Case No. CV-16-02913-GHW |
|        Plaintiff, | ORDER ON EX PARTE APPLICATION TO EXTEND TIME TO EFFECT SERVICE OF SUMMONS AND COMPLAINT. Fed. R. Civ. P. 4(m) |
|        vs. | |
| CDCR et al., | |
|        Defendants. | |

GOOD CAUSE appearing,

IT IS ORDERED that the period for effecting service of summons and complaint is hereby extended by 45 days to May 24, 2017.

DATED:  April 5, 2017


_____

**HON. GEORGE H. WU**
United States District Judge


Submitted by:
Jeff Price,
Attorney for Plaintiff

CV-16-02913-GHW

1 - ORDER