# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:16-cv-2913-GHW | Date | June 5, 2017 |
|---|---|---|---|
| Title | *Valerie J. Stacker, et al. v. California Department of Corrections and Rehabilitation, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS (IN CHAMBERS):**  ORDER

The Court hereby VACATES the Order to Show Cause issued on May 31, 2017 [11].

:

Initials of Preparer  JG