Jeff Dominic Price | SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@icloud.com
Tel. 310.451.2222

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VALERIE J. STACKER, | Case No. CV-16-02913-GHW |
|---|---|
| Plaintiff, | ORDER ON STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT IN RESPONSE TO MOTION TO DISMISS |
| vs. | |
| CDCR et al., | |
| Defendants. | |

GOOD CAUSE appearing,

IT IS ORDERED that the period for filing an amended complaint in response to the Defendants' motion to dismiss is extended by 14 days from July 28, 2017, to August 11, 2017; the period for the Defendants' responsive pleading is extended by 14 days to September 8, 2017.

DATED: August 3, 2017

_____
**HON. GEORGE H. WU**
United States District Judge

Submitted by:
Jeff Price,
Attorney for Plaintiff

CV-16-02913-GHW

1 - ORDER