# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-2913 GHW | Date: | August 22, 2017 |
| Title | *Valerie J. Stacker, et al. v. California Department of Corrections and Rehabilitation, et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None Present      None Present

**PROCEEDINGS:**     **IN CHAMBERS - COURT ORDER**

On August 13, 2017, Plaintiffs filed a First Amended Complaint. In light of that filing, the Operative Complaint is no longer the original complaint. As such, the Court VACATES Defendants California Department of Corrections and Rehabilitation and C. Pfeiffer's Motion to Dismiss [16], filed on July 7, 2017, and set for August 31, 2017.

Initials of Preparer    JG