1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  R. LAWRENCE BRAGG, State Bar No. 119194
   Acting Supervising Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7334
6   Fax: (916) 324-5205
    E-mail: Lawrence.Bragg@doj.ca.gov
7  *Attorneys for Defendants California Department
   of Corrections and Rehabilitation and C. Pfeiffer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **VALERIE J. STACKER, et al.,** | 2:16-cv-2913-GHW |
| Plaintiff, | **ORDER TO EXTEND TIME TO RESPOND TO CORRECTED FIRST AMENDED COMPLAINT FOR DEFENDANTS J. JOHNSON AND J. LOPEZ** |
| v. | |
| **CDCR, et al.,** | |
| Defendants. | Judge: The Honorable George H. Wu<br>Trial Date: Not Set<br>Action Filed: December 12, 2016 |

**ORDER**

In light of the stipulation of the parties, and good cause appearing, it is ordered that the time for Defendants J. Johnson and J. Lopez to respond to the Corrected First Amended Complaint is extended to December 26, 2017.

Dated: December 5, 2017

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1