1  Jeff Dominic Price | SBN 165534
   2500 Broadway, Suite 125
2  Santa Monica, California 90404
   jeff.price@icloud.com
3  Tel. 310.451.2222

4  Attorney for Plaintiff

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  VALERIE J. STACKER,                    Case No. 2:16-CV-02913-GHW

11          Plaintiff,                     ORDER EXTENDING PERIOD
                                           TO STIPULATE TO AN
12          vs.                            AMENDED COMPLAINT

13  CDCR et al.,

14          Defendants.

15

16                              ORDER

17      In light of the stipulation of the parties, and good cause appearing, it is ordered

18  that the time for the parties to stipulate to Plaintiff's filing of an amended complaint

19  is extended to March 12, 2018.

20      IT IS SO ORDERED.

21  Dated: March 7, 2018            _____
                                    GEORGE H. WU, U.S. District Judge
22

23

24

25

26

27

28