Jeff Dominic Price | SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@icloud.com
Tel. 310.451.2222

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VALERIE J. STACKER, | Case No. 2:16-CV-02913-GHW |
|---|---|
| Plaintiff, | ORDER RE PLAINTIFF'S FILING OF SECOND AMENDED COMPLAINT |
| vs. | |
| CDCR et al., | |
| Defendants. | |

ORDER

In light of the stipulation of the parties, and good cause appearing, it is ordered that the attached Second Amended Complaint shall be filed.

IT IS SO ORDERED.

Dated: March 26, 2018

HONORABLE GEORGE H. WU
United States District Judge