# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:16-cv-2913-GHW | Date | May 21, 2018 |
|---|---|---|---|
| Title | *Valerie J. Stacker, et al. v. J. Johnson, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - COURT ORDER**

The time to appear at the Status Conference, presently set for May 24, 2018, is changed from 8:30 a.m. to 11:00 a.m. Parties may appear telephonically provided advanced notice is given to the clerk.

Initials of Preparer    JG