FILED
CLERK, U.S. DISTRICT COURT

June 7, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: JG DEPUTY

1  *Valeria Stacker* _____ (Full Name)

2  _____ (Email Address)

3  *3454 West Blv* _____ (Address Line 1)

4  *Los Angles Ca 90016* (Address Line 2)

5  *323-412-1191* _____ (Phone Number)

6  *Valerie Stacker* _____ in Pro Per

7  (indicate Plaintiff or Defendant)

**LODGED**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MAY 25 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

*Valerie Stacker*,

     Plaintiff,

     vs.

*C D C R, et al,*,

_____,

_____

     Defendants.

Case No.:

*2:16-cv-2913 GHW*

~~(PROPOSED)~~ ORDER
GRANTING REQUEST FOR
APPOINTMENT OF COUNSEL

     Having considered  (check one) ☒ Plaintiff's ☐ Defendant's request and finding good cause therefore,

     IT IS HEREBY ORDERED that ☒ Plaintiff's ☐ Defendant's  request for appointment of counsel is GRANTED.

DATED: June 7, 2018 _____

Signed: *George H. Wu* _____

Hon.  GEORGE H. WU, U.S. DISTRICT JUDGE
           (insert Judge's name)