UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE J. STACKER, et al., | No. 2:16-cv-2913-GHW P |
| Plaintiffs, | |
| v. | ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT |
| CDCR, et al., | |
| Defendants. | |

Plaintiff Valerie Stacker ("Plaintiff") individually and as the "next friend" of Jermaine Stacker and the Estate of Jermaine Stacker are proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 7, 2018, the court found that the appointment of counsel for plaintiff was warranted on a limited basis. (ECF No. 54.) Melissa A. Jones has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for the limited purpose of meeting with plaintiff (personally or telephonically), reviewing documents in the case, advising plaintiff as to the merits of the case, and to represent plaintiff at a mandatory settlement conference. Melissa A. Jones has agreed to the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Melissa A. Jones is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of meeting with plaintiff (personally or telephonically), reviewing documents in the case, advising plaintiff as to the merits of the

1

case, and to represent plaintiff at a mandatory settlement conference.

2. Melissa A. Jones's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference. Prior to the termination of the appointment, the court will accord counsel the option of proceeding as plaintiff's appointed counsel. If counsel does not wish to continue representation of plaintiff after she has carried out her limited purpose, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Melissa A. Jones, Stoel Rives LLP, 500 Capitol Mall, 16th Floor, Sacramento, CA 95814.

Dated; July 11, 2018

GEORGE H. WU, U.S. District Judge