# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-2913-GHW | Date | August 21, 2018 |
| Title | *Valerie J. Stacker, et al. v. J. Johnson, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER**

Mediation is set in this matter for October 3, 2018. For that reason, the post mediation status conference set for August 23, 2018, is continued to October 4, 2018 at 8:30 a.m.

Initials of Preparer    JG