# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-2913-GHW | Date | September 4, 2018 |
| Title | *Valerie J. Stacker, et al. v. J. Johnson, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER**

In light of the Minute Order Text Entry [64] issued on August 30, 2018, the Post-Mediation Status Conference set for October 4, 2018, is continued to November 1, 2018 at 8:30 a.m. Hearing will be vacated provided a dismissal is filed by October 31, 2018.

: 

Initials of Preparer  JG