# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:16-cv-2913-GHW | Date | May 6, 2019 |
|---|---|---|---|
| Title | *Valerie J. Stacker, et al. v. J. Johnson, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER**

Plaintiff's Motion to Correct Fourth Amended Complaint [105], is GRANTED. The Corrected Fourth Amended Complaint is deemed filed as of this date. Defendants will have until May 20, 2019 to respond.

: 

Initials of Preparer    JG