JS-6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE STACKER, et al., | Case No. 2:16-cv-2913-GHW |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| J. JOHNSON, et al., | |
| Defendants. | |

The Court grants Defendants' motion for partial summary judgment with respect to Plaintiffs' Section 1983 claim and declines supplemental jurisdiction over their only remaining state claim.

IT IS SO ORDERED.

Dated: October 26, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE